# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JASON N. WITMER, | ) | Case No: 4:03CV3315 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 60, (1 Box), be returned to Susan Gustafson, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

January 16, 2008.　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　s/Richard G. Kopf
　　　　　　　　　　　　　　　　United States District Judge